# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| IRVING J. BERRY, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-1903-JSD |
| | ) | |
| BILL ARMONTROUT, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. Petitioner has filed a document titled "Motion for Hearing De Novo Review" which this Court interprets as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. However, he has not paid the filing fee or filed an application to proceed in district court without prepaying fees or costs. *See* E.D. Mo. Local Rule 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis"). Further, the petition is defective because it has not been drafted on a Court form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Petitioner will therefore be directed to, within **thirty (30) days** of the date of this order, file an amended petition on Court-provided forms AND either pay the full filing fee or file an application to proceed in district court without prepaying fees or costs.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to Petitioner a copy of its "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that Petitioner must, within **thirty (30) days** of the date of this order, either pay the full filing fee or file an application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's § 2254 Petition for Writ of Habeas Corpus form.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended petition on the Court's form within **thirty (30) days** of the date of this Order. Plaintiff is advised that his amended petition will take the place of his original filing and will be the only pleading that this Court will review.

**If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

Dated this 25th day of February, 2026.

_____
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE

2