**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IRVING J. BERRY, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-1903-JSD |
| | ) | |
| BILL ARMONTROUT, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This closed case is before the Court on Petitioner Irving J. Berry Jr.'s motion for reconsideration. ECF No. 12. Petitioner's habeas petition was denied and dismissed as successive. ECF No. 9. The Court found Petitioner had previously brought a total of four habeas cases before this Court and did not seek authorization for the instant action. *Id*. Petitioner now argues that he was not seeking habeas relief but instead wants this Court to review the Report and Recommendation that was filed in his original habeas case in 1988. ECF No. 12. The amended petition before this Court was a habeas petition.[1] ECF No. 5. Therefore, the argument that he did not intend to seek habeas relief is unpersuasive.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion for reconsideration (ECF No. 12) is **DENIED**.

Dated this 2nd day of July, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Petitioner does not identify any alternative statute that would allow him to reexamine the 1988 Report and Recommendation.